# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America<br>v.<br>Traci Carrie-Lynn Burnett<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:26-mj-00036 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Traci Carrie-Lynn Burnett                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

42 U.S.C. § 408(a)(7)(B) - Social Security Fraud

Date: February 24, 2026

*Youlee Yim You*
*Issuing officer's signature*

City and state:    Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/24/2026 , and the person was arrested on *(date)* 2/26/2026
at *(city and state)* RIDGEFIELD, WA            .

Date:  2/26/2026

*C Smith*
*Arresting officer's signature*

SPECIAL AGENT SCOTT JONES
*Printed name and title*
SSA-OIG